UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL APARICIO and JONATHAN MELENDEZ, individually and on behalf of all other persons similarly situated who were employed by IGUANA NEW YORK LTD and/or GERALD SHALLO; and/or any other entities affiliated with or controlled by IGUANA NEW YORK LTD and/or GERALD SHALLO,<br><br>           Plaintiffs,<br><br>  - against -<br><br>IGUANA NEW YORK LTD and GERALD SHALLO, and any other entities affiliated with or controlled by IGUANA NEW YORK LTD and/or GERALD SHALLO,<br><br>           Defendants. | Docket No.: 11 Civ. 1830<br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that upon the annexed Declaration of Lloyd R. Ambinder, sworn to on December 21, 2012, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable William H. Pauley, for an Order preliminary approving the settlement of this action and such other relief the Court sees fit.

Dated: New York, New York
   December 21, 2012

               Virginia & Ambinder, LLP

               _____/s/_____
               By: Lloyd Ambinder, Esq.
               Leonor H. Coyle, Esq.
               111 Broadway, Suite 1403
               New York, New York 10006
               Tel: (212) 943-9080
               Fax: (212) 943-9082

               *Class Counsel*

To:

Annmarie P. Venuti, Esq.
Annmarie P. Venuti PLLC
One Brush Hill Road, Suite 207
New Fairfield, CT 06812
Tel: (203) 796-0064

*Attorneys for Defendants*