USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
EMMANUEL APARICIO, et al.,    :    11 Civ. 1830 (WHP)
                              :
            Plaintiffs,       :    ORDER
                              :
      -against-               :
                              :
IGUANA NEW YORK LTD, et al.,  :
                              :
            Defendants.       :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

      This Court will hold a hearing on Plaintiffs' motion for preliminary approval of a proposed settlement of this action on April 26, 2013 at 11:00 a.m.

Dated: April 3, 2013
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Lloyd R. Ambinder, Esq.
Virginia & Ambinder, LLP
111 Broadway, Suite 1403
New York, NY 10006
*Counsel for Plaintiffs*

Annmarie P. Venuti, Esq.
Pitta & Dreier LLP
499 Park Avenue
New York, NY 10022
*Counsel for Defendants*